AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| John Eastman <br><br> *Plaintiff(s)* <br> v. <br> United States of America <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22-mc-00023-RB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States of America
C/o United States Attorney, District of New Mexico

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Burnham
Burnham & Gorokhov PLLC
1424 K St. NW
Washington, DC 20005

Joseph J. Gribble
Crowley & Gribble P.C.
300 Central Ave SW, Suite 3500
Albuquerque, NM 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Monday, June 27, 2022

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) – Summons in a Civil Action (Page 2)

Civil Action No. 22-mc-00023-RB

## PROOF OF SERVICE

This Subpoena for (name of Individual and title *if any*) <u>**United States of America c/o United States Attorney, District of New Mexico**</u> was received on <u>**July 5, 2022**</u>.

☐ I personally served the Subpoena and Notice on the individual at (*place*) _____ _____ on (*date*) _____; or

☐ I left the subpoena at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, mailed a copy to the individual's last known address; or

☐ I served the subpoena on (*name of individual*) <u>**Ruth F. Keegan – Assistant US Attorney at 201 3rd St NW Suite 900 Albuquerque, NM 87102**</u>, who is designated by law to accept service of process on behalf of (*name of organization*) <u>**United States of America c/o United States Attorney, District of New Mexico**</u> on (*date*) <u>**July 5, 2022**</u>; or

☐ I returned the subpoena unexecuted because _____; or

☐ Other (*specify*):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

*Server's Signature*

<u>Michael Tinker</u>
*Printed name and title*

<u>7618 Santiago Rd. SW, Albuquerque, NM 87105</u>
*Server's Address*

Additional information regarding attempted service, etc: