AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.
THE PERSON OF JOHN EASTMAN )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A-6

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-1

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 1, 2022 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Laura Fashing _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  06/17/2022 11:33 am   _____/s/ Laura Fashing_____
                                              *Judge's signature*

City and state:  Albuquerque, New Mexico   Laura Fashing, U.S. Magistrate Judge
                                              *Printed name and title*

## ATTACHMENT A-6 (Eastman Person)

*Property to be searched*

The person of John Eastman and the area within his immediate control, including any clothing, garments, bags, or personal effects. Eastman is a white male, approximately 62 years old. He is approximately 5'7" tall and weighs approximately 165 lbs. A photograph of Eastman is attached below.



## ATTACHMENT B-1 (Person)

## Particular Things to be Seized

Any electronic or digital devices—including cell phones, USB devices, iPads, and computers identified in the affidavit—and all information in such devices.

After seizing the device(s), law enforcement intends to transport the device(s) to Washington, D.C, or to the DOJ-OIG forensic laboratory in Northern Virginia. The investigative team will not review the contents of the device(s) until further order of a court of competent jurisdiction. If a forensic extraction or manual screen capture of the contents of the device(s) occurs during execution of the search warrants, the contents will not be reviewed by the investigative team until further order of a court of competent jurisdiction.

During the execution of the search of the authorized places, law enforcement personnel are also specifically authorized to obtain from the Subjects (but not any other individuals present at the time of execution of the warrant) the compelled display of any physical biometric characteristics (such as fingerprint/thumbprint, facial characteristics, or iris display) necessary to unlock any device(s) requiring such biometric access subject to seizure pursuant to this warrant for which law enforcement has reasonable suspicion that the aforementioned person(s)' physical biometric characteristics will unlock the device(s), to include pressing fingers or thumbs against and/or putting a face before the sensor, or any other security feature requiring biometric recognition of any of the devices, for the purpose of attempting to unlock the device(s)'s security features in order to search the contents as authorized by this warrant.

While attempting to unlock the device by use of the compelled display of biometric characteristics pursuant to this warrant, law enforcement is not authorized to demand that the aforementioned person(s) state or otherwise provide the password or identify the specific

biometric characteristics (including the unique finger(s) or other physical features), that may be used to unlock or access the device(s). Nor does the warrant authorize law enforcement to use the fact that the warrant allows law enforcement to obtain the display of any biometric characteristics to compel the aforementioned person(s) to state or otherwise provide that information. However, the voluntary disclosure of such information by the aforementioned person(s) is permitted. To avoid confusion on that point, if agents in executing the warrant ask any of the aforementioned person(s) for the password to any device(s), or to identify which biometric characteristic (including the unique finger(s) or other physical features) unlocks any device(s), the agents will not state or otherwise imply that the warrant requires the person to provide such information, and will make clear that providing any such information is voluntary and that the person is free to refuse the request.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**U.S. Department of Justice**
Office of the Inspector General

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP Code), (if applicable)) | FILE/CASE NUMBER | DATE: |
|---|---|---|
| John Eastman | 2022-003325 | 6/22/22 7:13 PM |
| | | OFFICE: CIO |

| AMOUNT OR QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Apple iPhone 12 PRO<br>IMEI 35452333 734 6863<br>SN: DNPG1236ØD80 | Search Warrant |

| RECEIVED BY: (Signature) | NAME AND TITLE: (Print or Type) | DATE: |
|---|---|---|
| [signature] Eastman | John Eastman | 6/22/22 |
| **WITNESSED BY:** (Signature) | NAME AND TITLE: (Print or Type) | DATE: |
| [signature] | Gary Popadowski Jr. | 6/22/22 |

OIG FORM III – 233/2 (04/23/07)