# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **JOHN EASTMAN** | |
| | Case No. 1:22-mc-00023 |
| v. | |
| | |
| **UNITED STATES OF AMERICA** | Declaration of Charles Burnham |

## DECLARATION

I, Charles Burnham, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel for movant in the above case.

2. I advised the Assistant United States Attorney supervising this investigation that the seized phone contains privileged information.

3. I requested in writing that the Assistant United States Attorney advise us of the procedures the government planned to follow for protection of privileged materials. I received no response to this request.

Executed on July 7, 2022.

/s/ Charles Burnham_____
Charles Burnham