IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

John Eastman

        Plaintiff(s),

vs.                                                           No. CIV 1:22-mc-00023

United States of America

        Defendant(s).

## INFORMATION SHEET FOR T.R.O.

**Attorney(s) for Plaintiff(s):** *(include phone #)*

- Charles Burnham, Esq., 703-980-9066
- Joseph Gribble, Esq., 505-314-1450

**Attorney(s) for Defendant(s):** *(include phone #)*

Roberto Ortega, AUSA, 505-224-1519

**Nature of Underlying Claim:** *(contract, tort, environment, etc.)*
Injunctive Relieve, Motion for Return of Property, Constitutional Claims

**Jurisdiction:** *(Cite Statutes)*
Federal Rule of Civil Procedure 65, 41

**Precise statement of activity sought to be restrained or compelled:**
Law Enforcement search of seized smart phone.

## HEARING

**Estimated length of hearing:** 2 Hours on 7/12/22 or 7/13/22 as 7/11/22 is unavailable

**Request hearing to be set for:** *(Select one)*
☐ Today  ☒ Tomorrow  ☐ Within One Week  ☐ Within Ten Days

## NOTICE

Are all parties represented by counsel at this time?  ☒ Yes ☐ No

Have the opposing party(ies) and their attorney(s) been notified ?  ☒ Yes ☐ No

    If answer is yes, when?  Contemporaneously with filing. (emailed and mailed)

    If answer is no, why not?

Notice given by:  ☐ Phone  ☐ Fax  ☒ Letter  ☐ In Person  ☒ Other