IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JOHN EASTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-mc-00023-RB-KK |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF GOOD STANDING**

**COMES NOW,** undersigned counsel, Joseph J. Gribble, and hereby notifies the Court of the good standing of lead attorney Charles Burnham (please see attached certificate).

/s/ Joseph J. Gribble
Joseph J. Gribble
Local Counsel for Petitioner
Crowley & Gribble, P.C.
300 Central Ave SW, Suite 3500
Albuquerque, NM 87102
(505) 314-1450
(505) 314-1452 (fax)
jjg@crowleygribble.com