# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHN EASTMAN,

    Plaintiffs,

v.                                          No. CIV 22-mc-23 RB/KK

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Roberto D. Ortega, Assistant United States Attorney for the District of New Mexico, hereby enters appearance on behalf of Defendant United States of America in the above-captioned cause of action.

                                         Respectfully submitted,

                                         ALEXANDER M.M. UBALLEZ
                                         United States Attorney

                                         */s/ Roberto D. Ortega July 19, 2022*
                                         ROBERTO D. ORTEGA
                                         Assistant United States Attorney
                                         P.O. Box 607
                                         Albuquerque, New Mexico 87103
                                         (505) 224-1519 Fax: (505) 346-7205
                                         roberto.ortega@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2022, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following party or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

    Charles Burnham: charles@burnhamgorokhov.com
    Joseph Gribble: jjg@crowleygribble.com

                                         */s/ Roberto D. Ortega, 7/19/22*
                                         ROBERTO D. ORTEGA
                                         Assistant United States Attorney