# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN EASTMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-mc-00023-RB-KK |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

**COMES NOW,** undersigned counsel, Joseph J. Gribble, and pursuant to the Court's ruling in the Memorandum Opinion and Order filed herein [doc. 8], hereby notifies the Court of service of the Memorandum Opinion and Order [doc. 8] and Mr. Eastman's Amended Motion for Return of Seized Property under Fed. R. Crim. P. 41(g) and Request for Injunctive and Other Relief [doc. 6], both of which were emailed to AUSA Roberto Ortega, and hand delivered to the United States Attorney's Office, in care of AUSA Manuel Lucero who accepted service, on July 19, 2022.

/s/ Joseph J. Gribble
Joseph J. Gribble
Local Counsel for Petitioner
Crowley & Gribble, P.C.
300 Central Ave SW, Suite 3500
Albuquerque, NM 87102
(505) 314-1450
(505) 314-1452 (fax)
jjg@crowleygribble.com