**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JOHN EASTMAN,**

  **Plaintiff,**

v.                No. CIV 22-mc-23 RB/KK

**UNITED STATES OF AMERICA,**

  **Defendant.**

## NOTICE OF ENTRY OF APPEARANCE

 Thomas P. Windom, Assistant United States Attorney for the District of Columbia, hereby enters appearance on behalf of Defendant United States of America in the above-captioned cause of action.

           Respectfully submitted,

           Matthew M. Graves
           United States Attorney for the District of Columbia

       By: */s/ Thomas P. Windom*
           Thomas P. Windom
           Assistant United States Attorney
           601 D Street, N.W.
           Washington, D.C.  20530
           Office: 202-252-1900

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on July 27, 2022, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following party or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

 Charles Burnham: charles@burnhamgorokhov.com
 Joseph Gribble: jjg@crowleygribble.com

           */s/ Thomas P. Windom, 7/27/22*
           Thomas P. Windom
           Assistant United States Attorney