# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHN EASTMAN,

    **Plaintiff,**

v.                                                         No. CIV 22-mc-23 RB/KK

UNITED STATES OF AMERICA,

    **Defendant.**

## NOTICE OF ENTRY OF APPEARANCE

Mary L. Dohrmann, Assistant United States Attorney for the District of Columbia, hereby enters her appearance on behalf of Defendant United States of America in the above-captioned cause of action.

                          Respectfully submitted,

                          Matthew M. Graves
                          United States Attorney for the District of Columbia

By: */s/ Mary L. Dohrmann*
     Mary L. Dohrmann
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     Office: 202-252-7035

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2022, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following party or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

    Charles Burnham: charles@burnhamgorokhov.com
    Joseph Gribble: jjg@crowleygribble.com

                          */s/ Mary L. Dohrmann, 8/5/22*
                          Mary L. Dohrmann
                          Assistant United States Attorney