# EXHIBIT 1

## Eastman



**Has concealed weapon permit**